# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 7, 2023

## NO. 03-22-00651-CV

**Lawrence Brandon Erlanson, Individually, and as Independent Executor of the Estate of Freddie Lindsay Erlanson, Appellant**

**v.**

**Teresa Erlanson, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 2 OF COMAL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND JONES
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE BYRNE

This is an appeal from the judgment signed by the trial court on September 22, 2022. Appellants have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The parties shall bear the costs of appeal pursuant to their agreement; if there is no agreement, then each party shall bear its own costs relating to this appeal, both in this Court and in the court below.